# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00631-CV

**City of Magnolia, Appellant**

**v.**

**Magnolia Bible Church; Magnolia's First Baptist Church; Believers Fellowship; and Ken Paxton, Attorney General of Texas, Appellees**

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-006882, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

## O P I N I O N

**PER CURIAM**

This is an interlocutory appeal from an order granting a motion for new trial. Chief Justice Rose and Justice Triana filed concurring opinions concluding that order should be affirmed. Justice Baker filed a dissenting opinion concluding that the trial court's order should be reversed. Accordingly, this Court affirms the district court's order.

Before Chief Justice Rose, Justices Baker and Triana
  Concurring Opinion by Chief Justice Rose
  Concurring Opinion by Justice Triana
  Dissenting Opinion by Justice Baker

Affirmed

December 18, 2020